UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>            Plaintiff,<br><br>v.<br><br>**Bhupindar S. Dhillon,** in individual and representative capacity as trustee of the Bhupindar S. and Rajinder K. Dhillon Family Trust dated January 4, 1995;<br>**Rajinder K. Dhillon,** in individual and representative capacity as trustee of the Bhupindar S. and Rajinder K. Dhillon Family Trust dated January 4, 1995;<br>**Sharanjit Kaur Sekhon**;<br>**Amarjeet Singh**; and Does 1-10,<br><br>            Defendants. | Case: No.: 5:19-CV-06162-WHO<br><br>**ORDER GRANTING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56. All other obligations and deadlines per General Order. No. 56 remains as calendared.

IT IS SO ORDERED.

Dated: December 16, 2019            _____

HONORABLE WILLIAM H. ORRICK UNITED STATES DISTRICT JUDGE

1