UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BHUPINDAR S. DHILLON, in individual and representative capacity as trustee of the Bhupindar S. and Rajinder K. Dhillon Family Trust dated January 4, 1995;<br>RAJINDER K. DHILLON, in individual and representative capacity as trustee of the Bhupindar S. and Rajinder K. Dhillon Family Trust dated January 4, 1995;<br>SHARANJIT KAUR SEKHON;<br>AMARJEET SINGH; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:19-CV-06162-WHO<br><br>**ORDER DISMISSING CASE** |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for

Notice of Settlement　　　　　　　-1-　　　　　　　5:19-CV-06162-WHO

further proceedings.

**IT IS SO ORDERED**.

Dated: December 31, 2019

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge